■ JAMES K. BOULEY, Appellant-Respondent, v C. ALAN BOULEY et al., Respondents-Appellants, et al., Defendants. [864 NYS2d 351]—Appeal and cross appeal from an order of the Supreme Court, Cayuga County (Kenneth R. Fisher, J.), entered April 5, 2007. The order, among other things, granted that part of the motion of defendants C. Alan Bouley and Benjamin Nobile for summary judgment dismissing the complaint against them.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs to defendants C. Alan Bouley and Benjamin Nobile for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.

■ In the Matter of KIMALIN JONES et al., Appellants, v NIAGARA FALLS HOUSING AUTHORITY et al., Respondents. [864 NYS2d 378]—Appeal from a judgment of the Supreme Court, Niagara County (Gerald J. Whalen, J.), entered March 1, 2007 in a proceeding pursuant to CPLR article 78. The judgment, inter alia, granted the cross motion of respondents to dismiss the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.